UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD I. SOFOWORA,

         Petitioner,

  vs.

USA,

         Respondent.

No. C 09-6010 PJH (PR)

**ORDER OF DISMISSAL**

This pro se case was filed on December 22, 2009. On that same day the court notified petitioner that he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: February 12, 2010.

                                  PHYLLIS J. HAMILTON
                                  United States District Judge

P:\PRO-SE\PJH\HC.09\SOFOWORA6010.DSM-IFP.wpd