UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWARD I SOFOWORA,

        Plaintiff,

  v.

USA,

        Defendant.

Case Number: CV09-06010 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Sofowora A-27-230-790
PFN D-U-H465/08070365
Santa Clara County Main Jail
885 North San Pedro Street
San Jose, CA 95110

Dated: February 12, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk